# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STELLA CAREY and JOHN CASTILLO, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> CURIUM US LLC, <br><br> Defendant. | Case No. 4:25-cv-00964-MTS |

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Consolidation, Doc. [10], is **GRANTED** in part.* *See* E.D. Mo. L.R. 4.03.

**IT IS FURTHER ORDERED** that *Castillo v. Curium US LLC*, 4:25-cv-01016-SEP, is **CONSOLIDATED** with this matter before the undersigned.

**IT IS FURTHER ORDERED** that all future documents in these consolidated cases shall be filed in this matter.

**IT IS FURTHER ORDERED** that the Plaintiffs have leave to file an Amended, Consolidated Complaint in this action no later than **August 13, 2025**. Defendant shall file its required response to that Complaint no later than twenty-one (21) days after service. *See* Fed. R. Civ. P. 12(a).

---

* The Court will take up the issue of appointing interim class counsel after the pleading stage of this litigation.

- 2 -

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to file a copy of this Order in 4:25-cv-01016-SEP and administratively close that matter.

Dated this 15th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE